08/26/2021
thurs.

H.W. Mullin

**FILED**

AUG 30 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DEAR U.S. District Court,
    Northern District of California

My NAME is HERBERT William Mullin —
    My CDCR# is # B-51410 —

I would like to purchase XEROX copies of
District Court # CV-04-03041-CRB, which
was Filed during 2004 —
I would like Both my petition and the
Courts Decision —.

How much would this cost?
How do I officially request and pay for
this?

Thank You for your consideration in this matter —.

Herbert W. Mullin —

@
HERBERT W. Mullin
4001 HWY. # 104
# B-51410  Rm # 8-239
IONE, CA 95640

PRISON GENERATED MAIL
Mule Creek SACRAMENTO CA 957
P.O. Box 409099
Ione, CA 95640   27 AUG 2021PM 3 L

H.W. Mullin
4001 Hwy. #104
#B-514o. Rm #B-239
IONE, CA 95640

Clerk, U.S. District Court   PRO SE
Northern District of California
450 Golden Gate Avenue
SAN Francisco, CALiFornia
94102

94102-3483-99

LEgAl MAil



C10 J. BURNS 73725  8-26-21